**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**UNITED STATES OF AMERICA,**

v.

**LEKESHA HILL**

**Case No. 2:23-CR-00371-JDW**

**ORDER**

AND NOW, this 30th day of July, 2026, upon consideration of Lekesha Hill's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (ECF No. 70), it is **ORDERED** that the Motion is **DENIED** for the reasons stated in the accompanying Memorandum.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.